orari denied. *Max Feingold* for petitioners. *Leon Lauterstein* for respondents. ▮

No. 380. HUMPHREY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. ▮ Certiorari denied. *R. B. Cannon* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Helen R. Carloss, Lee A. Jackson* and *Harry Marselli* for respondent. ▮

No. 381. ESTATE OF HUMPHREY *v.* COMMISSIONER OF INTERNAL REVENUE. ▮ Certiorari denied. *R. B. Cannon* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Helen R. Carloss* and *Maryhelen Wigle* for respondent. ▮

No. 382. O'DANIEL *v.* PENNSYLVANIA RAILROAD CO.; and
No. 383. O'DANIEL, EXECUTRIX, *v.* PENNSYLVANIA RAILROAD CO. ▮ Certiorari denied. *Ruby R. Vale* for petitioner. *Philip Price, Hugh B. Cox* and *John R. Wall* for respondent. ▮

No. 391. OHIO EX REL. WILLIAMS *v.* GLANDER, TAX COMMISSIONER. ▮ Certiorari denied. *Meyer A. Cook* for petitioner. *Aubrey A. Wendt,* Assistant Attorney General of Ohio, for respondent. ▮

No. 393. JOHNSTON *v.* ARROW PETROLEUM CO. ▮ Certiorari denied. *Joseph B. Fleming* and *J. N. Saye* for petitioner. *Stephen A. Mitchell* for respondent. ▮

No. 394. RKO RADIO PICTURES, INC. ET AL. *v.* BIGELOW ET AL. ▮ Certiorari denied. *Miles G.*